984

No. 05-6034. SHELTON v. BROWN. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 05-6038. KRONCKE v. ARIZONA. Super. Ct. Ariz., County of Maricopa. Certiorari denied.

No. 05-6039. JAMES v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 05-6043. VOITS v. OREGON. Ct. App. Ore. Certiorari denied.

No. 05-6045. EVERETT v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 05-6048. HAWKINS v. McKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05-6056. GOODMAN v. SMITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 05-6065. LEE v. GRANHOLM, GOVERNOR OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 05-6069. HAMMOND v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 05-6071. FORD v. TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 05-6075. VIEIRA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05-6077. WELLS v. TRAYNOR ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 05-6081. RIVERA v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 05-6083. DAVIS v. CURTIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05-6084. DANCE v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 05-6089. SPOTZ v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.